```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/22/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAIROBY HERNANDEZ, | |
|                            **Plaintiff,** | |
| -against- | 22-cv-5085 (ALC) |
| | **ORDER OF DISCONTINUANCE** |
| FLY BY JING INC., | |
|                            **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    September 22, 2022
             New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**